IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03337-BNB

JAMES W. HALL,

    Plaintiff,

v.

BEVERLY BOWIS,
JUSTIN WILLEY,
JULIE RUSSELL,
RYAN M. LONG,
LT. BERNADETTE SCOTT,
DONALD ANDERSON,
AMY COSNER,
JAMIE SCUCIE,
BRIAN UHRICH,
DR. MICHAND, and
NICOLE WILSON,

    Defendants.

ORDER OF DISMISSAL

    On January 17, 2012, Magistrate Judge Boyd N. Boland entered an order granting Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action.  Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff to either pay an initial partial filing fee or show cause why he has no assets and no means by which to pay the initial partial filing fee.  Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

    Plaintiff has failed within the time allowed either to pay the initial partial filing fee

or to show cause why he is unable to pay the initial partial filing fee.  In fact, Plaintiff has failed to respond to Magistrate Judge Boland's January 17 order in any way.  Therefore, the complaint and the action will be dismissed.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed within the time allowed to comply with a court order directing him either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  23rd  day of     February    , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court